UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

MARY WILES,

           Plaintiff,

-- against --                                       08 CV 03270 (Rackoff)

JOHN HANCOCK LIFE INSURANCE
COMPANY,

           Defendant.
_____

## JOHN HANCOCK LIFE INSURANCE COMPANY'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, Defendant John Hancock Life Insurance Company, a nongovernmental corporate party, by its undersigned counsel Nixon Peabody LLP, states that it is not publicly traded and is a wholly-owned subsidiary of John Hancock Financial Services, Inc., a subsidiary of John Hancock Holdings (Delaware) LLC, which are not publicly-traded corporations and have a parent company, Manulife Financial Corporation, which is a publicly-traded corporation. John Hancock Life Insurance Company has the following corporate affiliates:

    The John Hancock Life Insurance Company (U.S.A.), f/k/a The Manufacturers Life Insurance Company (U.S.A.); The John

Hancock Life Insurance Company of New York, f/k/a The Manufacturers Life Insurance Company of New York; John Hancock Variable Life Insurance Company; and Manulife Insurance Company, f/k/a Investors Partner Life Insurance Company.

Dated: New York, New York
May 12, 2008

                                        **NIXON PEABODY LLP**
                                        *Attorneys for Defendant*


By:_____/s/_____
      Gary P. Schulz (GS-8288)
      Medea A. Myers (MM-5263)

50 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(516) 832-7500


TO: Joseph Fleming, Esq.,
     Attorneys for Plaintiff
     116 John Street, Suite 2830
     New York, New York 10038
     (212) 385-8036