UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

MARY WILES,

                Plaintiff,

-- against --                                           08 CV 03270 (JSR)

JOHN HANCOCK LIFE INSURANCE
COMPANY,

                Defendant.
_____

## DEFENDANT JOHN HANCOCK LIFE INSURANCE COMPANY'S INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(A)(1)

Defendant John Hancock Life Insurance Company ("John Hancock"), by its attorneys, Nixon Peabody LLP, pursuant to Fed. R. Civ. P. 26(a)(1), makes the following initial disclosures:

1.    John Hancock is disclosing information which is presently known or has been discovered in the exercise of reasonable diligence and which John Hancock believes in good faith it may use to support their claims or defenses.

2.    John Hancock expressly reserves its right to supplement these initial disclosures as additional facts become known during discovery, as additional information is discovered, or as such supplementation may otherwise be required. Nothing herein is intended to be, or shall be construed to constitute, a waiver of any applicable privilege.

11039827.3

## DISCLOSURES

**A.    The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claim or defenses, unless solely for impeachment, identifying the subjects of the information.**

<u>Response:</u>  John Hancock identifies the following as individuals reasonably believed to have discoverable information that supports John Hancock's claims and defenses.  They may only be contacted through Nixon Peabody LLP, counsel for John Hancock:

1. Patricia E. Mathaisel, Senior Claim Consultant, who possesses knowledge or information relating to plaintiff's request for benefits under the Policy.

2. Seth Kilgore, Director, Claims Policy, who possesses knowledge or information relating to plaintiff's request for benefits under the Policy.

3. One or more claim analysts, who possess knowledge or information relating to plaintiff's request for benefits under the Policy, whose names are not presently known, but who may be identified according to their claim system identification numbers.

**B.    A copy of, or a description by category and location of, all documents, electronically stored information, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.**

<u>Response:</u>  The documents and electronically stored information listed below are in the custody and control of John Hancock and copies may be obtained through its attorneys, Nixon Peabody LLP:

1. Long Term Care Insurance Policy bearing the number 99187510 and issued to plaintiff ("the Policy").

2. The contents of the underwriting file relating to the Policy, including the application for insurance.

3. The contents of the claim file relating to the Policy.

4. Correspondence between the parties herein relating to the Policy.

**C.** A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.

Not applicable.

**D.** For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy or all part of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

**Response:** Long Term Care Insurance Policy bearing the number 99187510 and issued by John Hancock to plaintiff.

Dated: June 5, 2008

NIXON PEABODY LLP

By: ___/S/_____
Gary P. Schulz, Esq. (GS-8288)
Medea A. Myers, Esq. (MM-5263)
*Attorneys for Defendant*
50 Jericho Quadrangle, Suite 300
Jericho, New York 11753
Telephone: (516) 832-7500

11039827.3

- 4 -

TO:
    Joseph Fleming, Esq.
    Joseph Fleming, Esq., PC
    116 John Street, Suite 2830
    New York, New York 10038